IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOMELAND VINYL PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE, A MUTUAL COMPANY,<br><br>Defendant. | Civil Action No. 1:18-cv-11919-JHR-KMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |

Plaintiff Homeland Vinyl Products, Inc. and Defendant Sentry Insurance a Mutual Company, by and through their respective attorneys, hereby stipulate and agree that this matter should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

s/ Christopher H. Westrick
Christopher H. Westrick, Esq.
Carella, Byrne, Cecchi,
Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Plaintiff,
Homeland Vinyl Products, Inc.

Dated: December 18, 2018

s/ Heidi L. Vogt
Heidi L. Vogt, Esq.
Von Briesen & Roper, S.C.
411 E. Wisconsin Avenue, Ste. 1000
Milwaukee, WI 53202

Attorneys for Defendant,
Sentry Insurance a Mutual Company

Dated: December 18, 2018

#661538v1